# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

**PATRICK RALPH DAY,**                    **JUDGMENT IN A CIVIL CASE**

**Plaintiff,**

**3:07-cv-507-bbc**

**v.**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

**Defendant.**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that the decision of defendant Michael J. Astrue, Commissioner of Social Security, denying plaintiff Patrick

Ralph Day's application for disability benefits, is AFFIRMED.

**THERESA M. OWENS**

_____

**Theresa M. Owens, Clerk**

**Connie A. Korth**

_____

**by Deputy Clerk**

**6/12/08**
_____
**Date**