IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PATRICK DAY,

               Plaintiff,               ORDER

     v.                                  07-cv-507-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

               Defendant.

---

On April 28, 2009, the United States Court of Appeals for the Seventh Circuit vacated the June 12, 2008 judgment in this case and remanded the case for further proceedings. I will remand this case to the Commissioner for proceedings consistent with the April 28, 2009 decision.

ORDER

IT IS ORDERED that the decision of defendant Michael J. Astrue, Commissioner of Social Security, denying plaintiff Patrick Day's application for disability insurance benefits is REVERSED AND REMANDED pursuant to sentence four of 42 U.S.C. §405(g) for further proceedings. The clerk of court is directed to enter judgment in favor of plaintiff and

close this case.

      Entered this 17th day of July, 2009.

                              BY THE COURT:

                              /s/ Barbara B. Crabb
                              BARBARA B. CRABB
                              District Judge