# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **PATRICK DAY,** | **JUDGMENT IN A CIVIL CASE** |
| **Plaintiff,** | 07-cv-507-bbc |
| v. | |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | |
| **Defendant.** | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that the decision of defendant Michael J. Astrue, Commissioner of Social Security, denying plaintiff Patrick Day's applications for disability insurance benefits is REVERSED AND REMANDED pursuant to sentence four of 42 U.S.C. §405(g) for further proceedings.

PETER A. OPPENEER
_____
**Peter A. Oppeneer, Clerk**

**Connie A. Korth**                                             7/17/09
_____                    _____
**by Deputy Clerk**                                              **Date**