IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PATRICK R. DAY,

        Plaintiff,                        JUDGMENT IN A CIVIL CASE

    v.                                     Case No. 07-cv-507-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Attorney Frederick J. Daley, Jr. granting his petition for attorney fees in the amount of $18,262.00 pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1).

_____          8/25/2011
Peter Oppeneer, Clerk of Court          Date